Chad R. Fears, NV Bar No. 6970
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  86169
Telephone: (702) 784-5200
cfears@swlaw.com
Attorneys for Plaintiff Seven Resorts, Inc.

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re SEVEN CROWN, dba SEVEN CROWN RESORTS, a Nevada LLC, as owner of a certain 1986 houseboat manufactured by Master Fabricators; Summit Model; Echo Bay rental No. 224, for exoneration from or limitation of liability<br><br>Plaintiff, | CASE NO.<br><br>**ORDER TO DEPOSIT FUNDS** |

Pursuant to Plaintiff Seven Crown's Motion For Order To Deposit Funds, and for good cause appearing,

**IT IS HEREBY ORDERED** that Seven Crown shall deposit funds by means of a cashier's check with the Clerk of this Court as follows:

$40,000.00 as the ^alleged value of Seven Crown's interest in the vessel at issue in this lawsuit; and

$1,000.00 as security for costs.

Dated July 19, 2010

_/s/ L. Leavitt_

UNITED STATES MAGISTRATE JUDGE

11733683.1