1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11 | In re SEVEN RESORTS, INC. a Nevada corporation, d/b/a SEVEN CROWN RESORTS, as owner of a certain 1986 houseboat manufactured by Master Fabricators; Summit Model; Echo Bay rental No. 224, for exoneration from or limitation of liability | Case No. 2:10-cv-01149-PMP-LRL

12

**IN ADMIRALTY**

13

**ORDER REGARDING NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

14

15

Plaintiff,

16

17    NOTICE IS HEREBY GIVEN that Plaintiff Seven Resorts, Inc. d/b/a Seven Crown

18 Resorts ("Plaintiff"), has filed a complaint pursuant to Title 46, United States Code, Sections

19 30501-30512, claiming the right to exoneration from or limitation of liability for all claims arising

20 out of the INCIDENT involving their vessel, a houseboat identified as a certain 1986 houseboat

21 manufactured by Master Fabricators; Summit Model; Echo Bay rental No. 224, HIN

22 HLROl045E686, on August 20, 2009 on Lake Mead.

23    All persons having such claims must file them, as provided in Rule F of the Supplemental

24 Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions of the Federal Rules of

25 Civil Procedure ("Supplemental Admiralty Rules"), with the Clerk of this Court at the United

26 States District Court, District of Nevada, Room 1334, 333 Las Vegas Blvd. South, Las Vegas,

27 NV 89101, and serve on or mail to the Plaintiff's attorney, Chad R. Fears, 3883 Howard Hughes

28 Parkway, Las Vegas, NV 89169, a copy thereof on or before 30 days from the entry of Notice of

11851741.1

1  Complaint for Exoneration from or Limitation of Liability or such claims will be deemed

2  defaulted or waived.  Entry of the Notice of Complaint constitutes "issuance of the notice" for

3  purposes of Supplemental Admiralty Rule F(4).  Personal attendance is not required.

4    Any claimant desiring to contest either the right to exoneration from or the right to

5  limitation of liability must also file an answer to the said complaint, as required by Rule F of the

6  Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, and serve on or mail to

7  Plaintiff's attorney a copy, on or before the same date.

8

9  DATED:  October 12, 2010.

10

11

12          PHILIP M. PRO

        United States District Judge

13

14  Prepared and Submitted By:

SNELL & WILMER L.L.P.

15

16

17  Chad R. Fears

18  Nevada Bar No. 6970

3883 Howard Hughes Parkway, Suite 1100

19  Las Vegas, NV 89169

20

21

22

23

24

25

26

27

28