UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re SEVEN RESORTS, INC. a Nevada corporation, d/b/a SEVEN CROWN RESORTS, as owner of a certain 1986 houseboat manufactured by Master Fabricators; Summit Model; Echo Bay rental No. 224, for exoneration from or limitation of liability<br><br>Plaintiff, | Case No. 2:10-cv-01149-PMP-LRL<br><br>IN ADMIRALTY<br><br>[PROPOSED] ORDER DIRECTING ISSUANCE OF NOTICE AND RESTRAINING SUITS |

A Complaint having been filed herein by the above Plaintiff as owner of the houseboat identified as a certain 1986 houseboat manufactured by Master Fabricators; Summit Model; Echo Bay rental No. 224, HIN HLRO1045E686, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §§ 30501-30512, and the various statutory supplements thereto and amendatory thereof, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), for losses, damages, property damages, and injuries arising out of an incident occurring on Lake Mead on August 20, 2009, in which it is alleged that a person aboard a houseboat identified as a certain 1986 houseboat manufactured by Master Fabricators; Summit Model; Echo Bay rental No. 224, HIN HLRO1045E686, died as a result of carbon monoxide exposure from said houseboat, while the vessel was underway on Lake

11851876.2

1  Mead, as described in the Complaint herein,

2      NOW, ON APPLICATION OF PLAINTIFF, IT IS HEREBY ORDERED:

3      1.    That Notice is hereby issued by this Court to all persons asserting claims
4  concerning which Plaintiff seeks exoneration from or limitation of liability:

5      NOTICE IS HEREBY GIVEN that Plaintiff Seven Resorts, Inc. d/b/a Seven Crown
6  Resorts ("Plaintiff"), has filed a complaint pursuant to Title 46, United States Code, Sections
7  30501-30512, claiming the right to exoneration from or limitation of liability for all claims arising
8  out of the incident involving its houseboat identified as a certain 1986 houseboat manufactured
9  by Master Fabricators; Summit Model; Echo Bay rental No. 224, HIN HLRO1045E686, on
10 August 20, 2009 on Lake Mead.

11     All persons having such claims must file them, as provided in Rule F of the Supplemental
12 Admiralty Rules of the Federal Rules of Civil Procedure, with the Clerk of this Court at the
13 United States District Court, District of Nevada, Room 1334, 333 Las Vegas Blvd. So. Las
14 Vegas, NV 89101, and serve on or mail to the Plaintiff's attorney, Chad R. Fears, 3883 Howard
15 Hughes Parkway, Suite 1100, Las Vegas, NV 89169, a copy thereof on or before 30 days from
16 the entry of Notice of Complaint For Exoneration from or Limitation of Liability or such claims
17 will be deemed defaulted or waived. Entry of the Notice of Complaint will constitute "issuance
18 of the notice" for purposes of Supplemental Admiralty Rule F(4). Personal attendance is not
19 required. Any claimant desiring to contest either the right to exoneration from or the right to
20 limitation of liability must also file an answer to the said complaint, as required by Rule F of the
21 Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, and serve on or mail to
22 Plaintiff's attorney a copy, on or before the same date.

23     2.    IT IS FURTHER ORDERED, pursuant to Supplemental Admiralty Rule F(4), that
24 the aforesaid notice shall be published in the Las Vegas Review Journal and Nevada Legal News
25 once a week for four successive weeks prior to the date fixed for filing of claims, as provided for
26 by the aforesaid Rule F(4) and Local Rules; and copies of the notice shall be mailed in
27 accordance with said Rule F.
28 ///

11851876.2

3. That the further prosecution of any and all actions, suits and proceedings already commenced, including but not limited to the lawsuit in Clark County, Nevada District Court titled *Mary Jolynn Murphy et al., v. Seven Resorts, Inc., et al.*, Case No. 10-A-612210-c, and commencement or prosecution thereafter of any and all suits, actions or proceedings of any nature and description whatsoever, in any jurisdiction, and the taking of any steps in or the making of any motion in such actions, suits or proceedings, against the Plaintiff, as aforesaid or against any property or employee of Plaintiff, except in this action, to recover damages for or in respect of any loss, damage, property damage and/or injury caused by or resulting from the aforesaid incident involving houseboat identified as a certain 1986 houseboat manufactured by Master Fabricators; Summit Model; Echo Bay rental No. 224, HIN HLRO1045E686, on August 20, 2009 on Lake Mead, as alleged in the Complaint, are hereby restrained, stayed and enjoined unless or until otherwise ordered by this Court.

4. That service of this Order as a restraining or injunctive order may be made through the Post Office by mailing a copy thereof to a person or persons to be restrained, or their respective attorneys, or alternatively served by hand.

DATED: October 15, 2010

_____
PHILIP M. PRO
United States District Judge

Prepared and Submitted By:
SNELL & WILMER L.L.P.

_____
Chad R. Fears
Nevada Bar No. 6970
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

11851876.2